THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: January 12, 2018

*Susan V. Kelley*

Susan V. Kelley
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re:   JAMES MIICKE | CHAPTER 13 |
| | Case No. 17-23177-SVK |
| Soc. Sec. No.    xxx-xx-1040 | |
| xxx-xx- | **\*AMENDED\*** |

**ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR**

To JAMES MIICKE the above named debtor(s):

IT IS ORDERED THAT:

1. You shall immediately commence paying the sum of **\*\*$1,812.00\*\* \*\*Monthly\*\***, to the Chapter 13 Trustee.

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee.  INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE.  **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE**
**P.O. BOX 730**
**MEMPHIS, TN 38101-0730**

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
JAMES MIICKE

S63 W12486 EMERSON DRIVE
MUSKEGO, WI  53150

**Debtor(s) Attorney:**
BANKRUPTCY LAW OFFICE RICHARD A CHECK SC
757 NORTH BROADWAY
SUITE 401
MILWAUKEEWI 53202-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344


                               Trustee Issued Date:  January 12, 2018
#####