## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re: James Miicke

Case No. 17-23177-kmp

Chapter 13

Debtor(s).

**NOTICE AND REQUEST TO AMEND CONFIRMED CHAPTER 13 PLAN**

    Debtor(s) filed papers with the Court requesting amendment of the confirmed Chapter 13 plan in the above case.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

>Clerk of Bankruptcy Court
>517 E. Wisconsin Avenue
>Room 126
>Milwaukee, WI 53202-4581

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming amended Chapter 13 plan.

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

# REQUEST TO AMEND CONFIRMED CHAPTER 13 PLAN

1. This request to amend a confirmed Chapter 13 plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    ☒ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ☐ A motion requesting limited services is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

- Debtor shall pay 100% to timely filed general unsecured creditors.
- Debtor shall make regular monthly payments of $5,506 per month for the remainder of the Chapter 13 plan.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

# CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted January 23, 2020.


S:// *Richard A. Check*
Attorney Richard A. Check
Attorney for the Debtor(s)
*Bankruptcy Law Offices of Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414)223-0000*
court@richardacheck.com

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice and Request to Modify Chapter 13 plan were mailed First Class to persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on January 23, 2020.

*See attached creditor matrix

                                                    S://*Eli Buss*

Date: 1/23/2020                               Eli Buss
                                                   Paralegal for Attorney Richard A. Check

*Attorney Richard A. Check*
*757 N. Broadway, Suite 401*
*Milwaukee, WI 53202*
*(414) 223-0000*
*court@richardacheck.com*